**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HSM PORTFOLIO LLC and TECHNOLOGY PROPERTIES LIMITED LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 11-770-RGA |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| FUJITSU LIMITED, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT BY**
**TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; AND**
<u>**TOSHIBA AMERICA ELECTRONICS COMPONENTS, INC.**</u>

In accordance with Federal Rule of Civil Procedure 7.1, Defendant Toshiba Corporation, by and through its undersigned counsel, states that no corporation owns 10% or more of Toshiba Corporation's stock.

Defendant Toshiba America, Inc., by and through its undersigned counsel, states that Toshiba America, Inc. is a subsidiary of Toshiba Corporation and that no other corporation owns 10% or more of Toshiba America, Inc.'s stock.

Defendant Toshiba America Electronic Components, Inc., by and through its undersigned counsel, states that Toshiba America Electronic Components, Inc. is a subsidiary of Toshiba America, Inc. and that no other corporation owns 10% or more of Toshiba America Electronic Components, Inc.'s stock.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Scott F. Partridge
Michael A. Hawes
Robinson Vu
Michael McBride
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

Dated:  January 18, 2012
1043324 / 38525

By:  */s/ David E. Moore*
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19801
     Tel:  (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., and Toshiba America Electronic Components, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## <u>CERTIFICATE OF SERVICE</u>

I, David E. Moore, hereby certify that on January 18, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 18, 2012, the attached document was Electronically Mailed to the following person(s):

Joseph J. Farnan, Jr.
Brian E. Farnan
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE  19801
farnan@farnanlaw.com
bfarnan@farnanlaw.com
*Attorneys for Plaintiffs HSM Portfolio LLC*
*and Technology Properties Limited LLC*

Michael W. Shore
Alfonso Garcia Chan
Jeffrey R. Bragalone
Sean N . Hsu
Daniel F. Olejko
Shore Chan Bragalone Depumpo LLP
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, TX  75202
mshore@shorechan.com
achan@shorechan.com
jbragalone@shorechan.com
shsu@shorechan.com
dolejko@shorechan.com
*Attorneys for Plaintiffs HSM Portfolio LLC*
*and Technology Properties Limited LLC*

Frederick L. Cottrell, III
Anne Shea Gaza
Elizabeth R. He
Richards, Layton & Finger P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
cottrell@rlf.com
gaza@rlf.com
he@rlf.com
*Attorneys for Defendants Advanced Micro
Devices, Inc., Micron Technology, Inc.,*

S. Michael Song
Wilson, Sonsini, Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, CA  94304
msong@wsgr.com
*Attorneys for Defendants Advanced Micro
Devices, Inc., Micron Technology, Inc.*

Alan Albright
Barry K. Shelton
Bracewell & Giuliani LLP
111 Congress Avenue
Suite 2300
Austin, TX  78701-4061
alan.albright@bgllp.com
barry.shelton@bgllp.com
*Attorneys for Defendant Cirrus Logic, Inc.*

Adam Wyatt Poff
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
apoff@ycst.com
*Attorneys for Defendants Hynix Semiconductor
Inc., Hynix Semiconductor America Inc. and
Hynix Semiconductor Manufacturing America
Inc.*

Jose C.  Villarreal
Henry Pan
Wilson, Sonsini, Goodrich & Rosati, PC
900  South Capital of Texas Hwy
Las Cimas IV, Fifth Floor
Austin, TX  78746
jvillarreal@wsgr.com
hpan@wsgr.com
*Attorneys for Defendants Advanced Micro
Devices, Inc., Micron Technology, Inc.*

Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899
jheaney@mnat.com
*Attorneys for Defendant Cirrus Logic, Inc.*

John W. Shaw
Andrew Russell
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendants Elpida Memory, Inc.
and Elpida Memory (USA) Inc.*

Jack B. Blumenfeld
Jennifer Ying
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19899
jblumenfeld@mnat.com
jying@mnat.com
*Attorneys for Defendants Marvell Technology
Group Ltd., Marvell Semiconductor, Ltd.,
Sony Corporation, Sony Corporation of
America, Sony Electronics Inc., Sony
Computer Entertainment Inc., and Sony
Computer Entertainment America LLC*

Kevin P.B. Johnson
Andrew Bramhall
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th floor
Redwood Shores, CA   94065
kevinjohnson@quinnemanuel.com
andrewbramhall@quinnemanuel.com
*Attorneys for Defendants Marvell Technology Group Ltd. and Marvell Semiconductor, Ltd.*

Joseph Milowic III
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
josephmilowic@quinnemanuel.com
*Attorneys for Defendants Marvell Technology Group Ltd. and Marvell Semiconductor, Ltd.*

Jared Bobrow
Justin M. Lee
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065-1134
jared.bobrow@weil.com
justin.m.lee@weil.com
*Attorneys for Defendant Micron Technology, Inc.*

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899
klouden@mnat.com
*Attorneys for Defendant ON Semiconductor Corporation*

Steven M. Strauss
Cooley LLP
4401 Eastgate Mall
San Diego, CA  92121
sms@cooley.com
*Attorneys for Defendant Qualcomm Inc.*

Jeffrey S. Karr
Timothy S. Teter
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304
jkarr@cooley.com
teterts@cooley.com
*Attorneys for Defendant Qualcomm Inc.*

Donald E. Reid
Morris, Nighols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19899
dreid@mnat.com
*Attorneys for Defendant SanDisk Corporation*

Tharan Gregory Lanier
Gregory L. Lippetz
Jones Day
1755 Embarcadero Road
Palo  Alto, CA  94303
tlanier@jonesday.com
glippetz@jonesday.com
*Attorneys for Defendant SanDisk Corporation*

3

Lewis V. Popovski
Michelle Carniaux
Joseph M. Mercadante
KENYON & KENYON LLP
One Broadway
New York, NY  10004-1007
lpopovski@kenyon.com
mcarniaux@kenyon.com
jmercadante@kenyon.com
*Attorneys for Defendants Sony Corporation,*
*Sony Corporation of America, Sony*
*Electronics Inc., Sony Computer Entertainment*
*Inc. and Sony Computer Entertainment*
*America LLC*

Jason James Rawnsley
Jeffrey L. Moyer
Richards, Layton & Finger P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
rawnsley@rlf.com
moyer@rlf.com
*Attorneys for Defendants STMicroelectronics*
*N .V. and STMicroelectronics, Inc.*

Kevin W. Goldstein
Keith R. Dutill
Stradley, Ronon, Stevens & Young, LLP
Great Valley Corporate Center
30 Valley Stream Parkway
Malvern, PA  19355-1481
kgoldstein@stradley.com
kdutill@stradley.com
*Attorneys for Defendants STMicroelectronics*
*N .V. and STMicroelectronics, Inc.*

Michael D. O'Mara
Marissa Parker
Stradley, Ronon, Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA
momara@stradley.com
mparker@stradley.com
*Attorneys for Defendants STMicroelectronics*
*N .V. and STMicroelectronics, Inc.*

Mary B. Graham
Jeremy Alexander Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899
mgraham@mnat.com
mtigan@mnat.com
*Attorneys for Defendants Fujitsu Limited,*
*Fujitsu America, Inc., Fujitsu Semiconductor*
*America, Inc. and Zoran Corporation*

By:  */s/ David E. Moore*

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

1028741 / (37321/37341)