

Travis S. Hunter
302-651-7564
hunter@rlf.com

May 21, 2014

**VIA CM/ECF FILING & HAND DELIVERY**

The Honorable Richard G. Andrews
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801-3555

      Re:    *HSM Portfolio LLC, et al. v. Fujitsu Ltd., et al.*,
             C.A. No. 1:11-cv-00770-RGA

Dear Judge Andrews,

      Defendants write to address the order of the claim terms to be addressed at the Markman hearing on June 5. As the Court will note, the order of the terms in the recently submitted combined claim construction brief (D.I. 677) does not match the agreed-upon order in the Amended Joint Claim Construction Statements ("JCCS"), D.I. 676. (Defendants[1] were not aware that Plaintiffs were going to follow a different order in the brief, but when Defendants requested that Plaintiffs revise the combined brief to present the terms in JCCS order, Plaintiffs stated that they could not do so.) Notwithstanding the order in which the terms appear in the combined brief, Plaintiffs and Defendants all agree that the terms should be argued at the hearing in the order of the JCCS, subject to the approval of the Court. *See* Email from D. Olejko to J. Lee (May 14, 2014 10:31 a.m.). We hope that this will be acceptable to the Court.

                                    Respectfully,

                                    Travis S. Hunter (#5350)
                                    hunter@rlf.com

TSH/pc

---

[1] "Defendants" does not include Promos Technologies, Inc., who did not participate in the claim construction briefing.

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

RLF1 10332200v.1