IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSM PORTFOLIO LLC, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 11-770-RGA |
| ELPIDA MEMORY INC., et al., | : |
| Defendants. | : |

**ORDER**

This 5th day of December 2014, upon consideration of the Special Master's Report and Recommendation dated September 26, 2014, and no objections to the Report and Recommendation having been received.

IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 860) is **ADOPTED**.

2. The Motion to Compel (D.I. 828) is **RESOLVED**.

United States District Judge