IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HSM PORTFOLIO LLC and TECHNOLOGY )
PROPERTIES LIMITED LLC, )
               )
     Plaintiffs,       )
               )  C.A. No. 11-770 (RGA)
  v.             )
               )
FUJITSU LIMITED, et al.,      )
               )
     Defendants.     )

## [~~PROPOSED~~] ORDER REGARDING SUMMARY JUDGMENT BRIEFING

IT IS HEREBY ORDERED this 28th day of July, 2015, as follows:

1. Each party shall be limited to one ~~25~~ 30 page opening brief for all summary judgment issues; *RGA*

2. Each party shall be limited to one ~~25~~ 30 page answering brief for all summary judgment issues; and *RGA*

3. Each party shall be limited to one ~~20~~ 15 page reply brief; *RGA*

/s/ Richard G. Andrews
Honorable Richard G. Andrews

RLF1 12540937v.1