# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| HSM PORTFOLIO LLC, ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 11-cv-007700-RGA |
| § | |
| ELPIDA MEMORY, INC., ET AL. § | |
| § | |
| Defendants. § | |

## DECLARATION OF SANDRA S. BROOKS

1. My name is Sandra S. Brooks. I am over 18 years old, of sound mind, and I am capable of making this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I am a custodian of records for Dell Inc. I have personal knowledge of the facts set forth herein, and, if called to testify, I could and would do so competently and under oath.

3. In response to a subpoena served on Dell by HSM Portfolio LLC, Dell produced documents with Bates stamps DELL00001-DELL000285 in the above-captioned lawsuit.

4. These documents were kept by Dell in the regular course of business, and it was in the regular course of business of Dell for an employee or representative of Dell, with knowledge of the act, event, or opinion, to make the record or to transmit information thereof to be included in such record, and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original. Neither the source of the information nor other circumstances of preparation indicate a lack of trustworthiness.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of January, 2016.

_____
Sandra S. Brooks