IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSM PORTFOLIO LLC AND<br>TECHNOLOGY PROPERTIES<br>LIMITED LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>ELPIDA MEMORY, INC., ET AL.,<br><br>    Defendants. | C.A. No. 11-cv-770-RGA<br><br>JURY DEMANDED |

## NOTICE OF THIRD PARTY BUSINESS RECORDS DECLARATION

Pursuant to Fed. R. Evid. 902(11), Plaintiffs HSM Portfolio LLC and Technology Properties Limited LLC ("Plaintiffs") file this Notice of Third Party Business Records Declaration, and notice of intent to offer the records at the trial of this matter.

Attached hereto as Exhibit A is the declaration of Vipin Patel, an employee of International Business Machines Corporation. On October 27, 2014, International Business Machines Corporation was served with a subpoena in this litigation during the fact discovery period and in response thereto produced documents Bates numbered IBM_000001-IBM_000802, which corresponds to Plaintiffs' trial exhibits as follows: IBM_000002-5 (PX 298); IBM_000320-345 (PX 299); IBM_000401-404 (PX 302); IBM_000414-425 (PX 303); IBM_000449-459 (PX 304); IBM_000646 (PX 306); IBM_000679 (PX 310); IBM_000692-697 (PX 311); IBM_000698 (PX 312); IBM_000706 (PX 315) and IBM_000712 (PX 316). The Patel declaration attests that these documents are business records pursuant Fed. R. Evid. 803 (A)-(C) and thus authentic pursuant to Fed. R. Evid. 902(11).

Dated: February 4, 2016

Respectfully submitted,

**FARNAN LLP**

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: 302-777-0300
Fax: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Jeffrey R. Bragalone (admitted *pro hac vice*)
Patrick J. Conroy (admitted *pro hac vice*)
Justin B. Kimble (admitted *pro hac vice*)
Daniel F. Olejko (admitted *pro hac vice*)
James R. Perkins (admitted *pro hac vice*)
Jonathan H. Rastegar (admitted *pro hac vice*)
**BRAGALONE CONROY PC**
Chase Tower,
2200 Ross Ave., Suite 4500W
Dallas, Texas 75201
214-785-6670 Telephone
214-785-6680 Facsimile
jbragalone@bcpc-law.com
pconroy@bcpc-law.com
jkimble@bcpc-law.com
dolejko@bcpc-law.com
jperkins@bcpc-law.com
jrastegar@bcpc-law.com

*Attorneys for Plaintiffs HSM Portfolio LLC and Technology Properties Limited LLC*