# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| HSM PORTFOLIO LLC, et al.,<br>Plaintiffs,<br><br>v.<br><br>ELPIDA MEMORY, INC., et al.<br>Defendants. | Civil Action No. 11-cv-00770-RGA |

### DECLARATION OF VIPIN PATEL

I, Vipin Patel, hereby declare as follows:

1. I am an employee of International Business Machines Corporation ("IBM") and currently work as an Engineer in the Procurement Group. I have worked continuously for IBM for more than **31** years. The statements set forth in this declaration are based upon my own personal knowledge except where indicated they are based upon my discussions with other IBM employees.

2. I am informed by others that on or about February 18, 2015, in response to a subpoena received from plaintiffs in the above-captioned lawsuit, IBM provided documents numbered IBM 000001 – IBM 000802 to counsel for plaintiffs ("IBM Production").

3. IBM's Production is a true and correct copy of certain documents located and collected by me and another IBM employee. It was our regular practice to create or receive documents such as these in the course of our regular work-related activities at IBM.

4. To the best of my knowledge, the documents were created or received, as the case may be, by me or other IBM employees on or near the date and time indicated on the document.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-29- , 2016

Vipin Patel
Supply Chain Memory Engineering